FILED

03/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0572

SCARLET VAN GARDEREN, et al.,

Plaintiffs and Appellees,

v.

STATE OF MONTANA, et al.,

Defendants and Appellants.

**ORDER GRANTING UNOPPOSED MOTION OF ELLIOT PAGE, NICOLE MAINES, AND FIFTY-FIVE INDIVIDUALS TO APPEAR AS *AMICI CURIAE***

Upon motion of Elliot Page, Nicole Maines, and Fifty-five other individuals for leave to participate as *amici curiae* in the above-captioned matter, and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion is GRANTED. *Amici* shall file their amicus brief on or before the same date that the Appellees' response brief is due.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 28 2024